**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1633

SHERRY L. BLAKENEY,

Plaintiff - Appellant,

v.

PACIFIC ARCHITECTS AND ENGINEERS, d/b/a PAE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00366-LMB-IDD)

Submitted:  October 13, 2022                          Decided:  October 17, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sherry L. Blakeney, Appellant Pro Se.  John Michael Remy, Alyssa Beatrice Testo, JACKSON LEWIS PC, Reston, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherry L. Blakeney appeals the district court's order and judgment dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Blakeney v. Pacific Architects & Eng'rs*, No. 1:22-cv-00366-LMB-IDD (E.D. Va. May 10, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*